IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LANDON A. WHITFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.  3:23-cv-02687-JPG |
| | ) | |
| DANIEL SPROUL, | ) | |
| | ) | |
| Respondent. | ) | |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having denied Petitioner Landon A. Whitfield's petition for habeas corpus pursuant to 28 U.S.C. § 2241;

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed on the merits.

**DATED:  October 7, 2024**

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
       Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
                J. PHIL GILBERT
                U.S. DISTRICT JUDGE